UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
45010
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Leaders Financial Co.
JM-5630

Order Filed on October 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
GLORIA D. SMITH

Case No.: 17-12053 (RG)

Adv. No.:

Hearing Date:  10-18-2017

Judge: Hon. Rosemary Gambardella

# ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 31, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Gloria D. Smith / 45010
Case No:   17-12053 (RG)
Order Vacating Automatic Stay and Co-Debtor Stay

    Upon consideration of the motion of **Leaders Financial Co.** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

    **ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    **ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Donte L. Smith** to permit **Leaders Financial Co.** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2006 Lexus ES
Vehicle Identification Number
JTHBA30GX65157002