Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 11, 2022

**Chapter 13 Case # 17-12053**

Re:   GLORIA D. SMITH
      101 CRESCENT AVENUE
      JERSEY CITY, NJ  07304

Atty:  RUSSELL L LOW ESQ
       LOW & LOW ESQS
       505 MAIN STREET, SUITE 304
       HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/01/2017 | $400.00 | 3753887000 - | 04/03/2017 | $400.00 | 3847639000 - |
| 05/02/2017 | $400.00 | 3928290000 - | 06/02/2017 | $400.00 | 4011271000 - |
| 06/26/2017 | $400.00 | 4071162000 - | 08/02/2017 | $400.00 | 4175803000 - |
| 09/05/2017 | $400.00 | 4258192000 - | 10/03/2017 | $400.00 | 4333966000 - |
| 11/02/2017 | $400.00 | 4410486000 - | 12/04/2017 | $400.00 | 4492539000 - |
| 12/26/2017 | $400.00 | 4542232000 - | 02/06/2018 | $446.00 | 24833130996 |
| 03/02/2018 | $444.00 | 4717875000 - | 04/05/2018 | $444.00 | 4810656000 |
| 05/02/2018 | $444.00 | 4881173000 | 06/04/2018 | $444.00 | 4961227000 |
| 07/03/2018 | $444.00 | 5042072000 | 08/02/2018 | $444.00 | 5121491000 |
| 09/04/2018 | $444.00 | 5198659000 | 10/02/2018 | $444.00 | 5279566000 |
| 11/02/2018 | $444.00 | 5360472000 | 12/04/2018 | $444.00 | 5442999000 |
| 01/03/2019 | $444.00 | 5513320000 | 02/04/2019 | $444.00 | 5597700000 |
| 03/04/2019 | $444.00 | 5678059000 | 04/03/2019 | $444.00 | 5755182000 |
| 05/06/2019 | $444.00 | 5840941000 | 06/06/2019 | $444.00 | 5920502000 |
| 07/03/2019 | $444.00 | 5990401000 | 08/02/2019 | $444.00 | 6063167000 |
| 09/04/2019 | $444.00 | 6148961000 | 10/07/2019 | $444.00 | 6237906000 |
| 11/06/2019 | $444.00 | 6313141000 | 12/02/2019 | $444.00 | 6374339000 |
| 01/08/2020 | $444.00 | 6466104000 | 02/10/2020 | $444.00 | 6546966000 |
| 03/05/2020 | $444.00 | 6617326000 | 05/06/2020 | $444.00 | 6771055000 |
| 06/09/2020 | $444.00 | 6854960000 | 07/09/2020 | $444.00 | 6928171000 |
| 08/03/2020 | $444.00 | 6988414000 | 09/04/2020 | $444.00 | 7065384000 |
| 10/13/2020 | $444.00 | 7152453000 | 11/04/2020 | $444.00 | 7212884000 |
| 12/07/2020 | $444.00 | 7287504000 | 01/04/2021 | $444.00 | 7353641000 |
| 02/08/2021 | $444.00 | 7438382000 | 03/08/2021 | $444.00 | 7509951000 |
| 04/12/2021 | $444.00 | 7593967000 | 05/10/2021 | $444.00 | 7658577000 |
| 06/08/2021 | $444.00 | 7729861000 | 07/06/2021 | $444.00 | 7791811000 |
| 08/03/2021 | $444.00 | 7855151000 | 09/03/2021 | $444.00 | 7923944000 |
| 10/04/2021 | $444.00 | 7994503000 | 11/08/2021 | $444.00 | 8066858000 |
| 12/06/2021 | $444.00 | 8126211000 | 01/05/2022 | $444.00 | 8192896000 |

**Total Receipts: $25,270.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $25,270.00**

**Chapter 13 Case # 17-12053**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,445.12 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 2,700.00 | 100.00% | 2,700.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,766.34 | 100.00% | 3,696.24 | 70.10 |
| 0003 | CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | COMENITY BANK/FASHBUG | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CONSUMER PORTFOLIO SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DFS/WEBBANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | DELL FINANCIAL SERVICES LLC | UNSECURED | 4,874.57 | 100.00% | 4,783.83 | 90.74 |
| 0009 | WELLS FARGO BANK NA | SECURED | 1,541.29 | 100.00% | 1,541.29 | 0.00 |
| 0010 | KOHLS/CHASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | LEADERS FINANCIAL COMP | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | LIBERTY SVNGS FED CR U | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | MIDFIRST BANK | MORTGAGE ARRE | 1,547.75 | 100.00% | 1,547.75 | 0.00 |
| 0014 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | STEWARD FINANCIAL SVCS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | MIDLAND FUNDING LLC | UNSECURED | 2,017.21 | 100.00% | 1,979.67 | 37.54 |
| 0018 | CAVALRY SPV I LLC | UNSECURED | 2,964.48 | 100.00% | 2,909.30 | 55.18 |
| 0019 | ORION PORTFOLIO SERVICING LLC | UNSECURED | 64.09 | 100.00% | 62.90 | 1.19 |
| 0022 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,701.35 | 100.00% | 2,651.07 | 50.28 |
| 0024 | CAPITAL ONE BANK USA N | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | CAPITAL ONE BANK USA N | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | KHEAA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0038 | NAVIENT SOLUTIONS INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0039 | NAVIENT SOLUTIONS INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0040 | SYNCB/JCP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | LEADERS FINANCIAL COMPANY | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0042 | PAYPAL CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | DEPT OF ED/NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,560.07 | 100.00% | 1,531.03 | 29.04 |

**Total Paid: $24,848.20**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC | | | | | | |
| | 06/18/2018 | $7.35 | 803998 | 07/16/2018 | $69.37 | 805980 |
| | 08/20/2018 | $69.37 | 807890 | 09/17/2018 | $71.15 | 809856 |

**Chapter 13 Case # 17-12053**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 10/22/2018 | $71.13 | 811783 | | 11/19/2018 | $69.15 | 813742 |
| | 12/17/2018 | $69.16 | 815632 | | 01/14/2019 | $69.15 | 817554 |
| | 02/11/2019 | $69.15 | 819452 | | 03/18/2019 | $69.16 | 821422 |
| | 04/15/2019 | $69.16 | 823444 | | 05/20/2019 | $69.16 | 825421 |
| | 06/17/2019 | $70.40 | 827451 | | 07/15/2019 | $70.40 | 829300 |
| | 08/19/2019 | $70.40 | 831263 | | 09/16/2019 | $70.39 | 833287 |
| | 10/21/2019 | $72.25 | 835302 | | 11/18/2019 | $69.52 | 837392 |
| | 12/16/2019 | $69.52 | 839332 | | 01/13/2020 | $69.52 | 841203 |
| | 02/10/2020 | $69.53 | 843080 | | 03/16/2020 | $69.52 | 844985 |
| | 04/20/2020 | $69.52 | 846936 | | 06/15/2020 | $66.00 | 850524 |
| | 07/20/2020 | $67.84 | 852317 | | 08/17/2020 | $67.83 | 854181 |
| | 09/21/2020 | $67.84 | 855998 | | 10/19/2020 | $67.84 | 857882 |
| | 11/16/2020 | $67.83 | 859678 | | 12/21/2020 | $67.83 | 861497 |
| | 01/11/2021 | $67.84 | 863282 | | 02/22/2021 | $67.83 | 864964 |
| | 03/15/2021 | $67.83 | 866812 | | 04/19/2021 | $67.84 | 868499 |
| | 05/17/2021 | $67.84 | 870396 | | 06/21/2021 | $68.93 | 872206 |
| | 07/19/2021 | $68.94 | 874004 | | 08/16/2021 | $68.93 | 875686 |
| | 09/20/2021 | $68.94 | 877417 | | 10/18/2021 | $68.93 | 879198 |
| | 11/17/2021 | $69.67 | 880903 | | 12/13/2021 | $69.67 | 882538 |
| | 01/10/2022 | $69.67 | 884194 | | | | |
| DELL FINANCIAL SERVICES LLC | | | | | | | |
| | 04/15/2019 | $113.72 | 823523 | | 05/20/2019 | $113.72 | 825502 |
| | 06/17/2019 | $115.76 | 827521 | | 07/15/2019 | $115.76 | 829371 |
| | 08/19/2019 | $115.76 | 831344 | | 09/16/2019 | $115.77 | 833363 |
| | 10/21/2019 | $118.78 | 835389 | | 11/18/2019 | $114.32 | 837461 |
| | 12/16/2019 | $114.31 | 839396 | | 01/13/2020 | $114.31 | 841262 |
| | 02/10/2020 | $114.32 | 843151 | | 03/16/2020 | $114.31 | 845058 |
| | 04/20/2020 | $114.31 | 847008 | | 06/15/2020 | $108.53 | 850583 |
| | 07/20/2020 | $111.56 | 852386 | | 08/17/2020 | $111.54 | 854251 |
| | 09/21/2020 | $111.54 | 856069 | | 10/19/2020 | $111.55 | 857947 |
| | 11/16/2020 | $111.53 | 859741 | | 12/21/2020 | $111.55 | 861569 |
| | 01/11/2021 | $111.55 | 863343 | | 02/22/2021 | $111.54 | 865041 |
| | 03/15/2021 | $111.53 | 866877 | | 04/19/2021 | $111.56 | 868572 |
| | 05/17/2021 | $111.54 | 870470 | | 06/21/2021 | $113.35 | 872280 |
| | 07/19/2021 | $113.35 | 874072 | | 08/16/2021 | $113.35 | 875754 |
| | 09/20/2021 | $113.36 | 877498 | | 10/18/2021 | $113.35 | 879268 |
| | 11/17/2021 | $114.56 | 880977 | | 12/13/2021 | $114.56 | 882608 |
| | 01/10/2022 | $114.55 | 884263 | | | | |
| DELL FINANCIAL SERVICES, LLC | | | | | | | |
| | 06/18/2018 | $12.08 | 804091 | | 07/16/2018 | $114.07 | 806067 |
| | 08/20/2018 | $114.07 | 807977 | | 09/17/2018 | $116.99 | 809947 |
| | 10/22/2018 | $116.96 | 811873 | | 11/19/2018 | $113.71 | 813821 |
| | 12/17/2018 | $113.72 | 815705 | | 01/14/2019 | $113.71 | 817630 |
| | 02/11/2019 | $113.71 | 819521 | | 03/18/2019 | $113.71 | 821493 |
| DEPARTMENT STORE NATIONAL BANK | | | | | | | |
| | 07/16/2018 | $40.38 | 805475 | | 08/20/2018 | $36.51 | 807332 |
| | 09/17/2018 | $37.43 | 809323 | | 10/22/2018 | $37.43 | 811208 |
| | 11/19/2018 | $36.40 | 813169 | | 12/17/2018 | $36.39 | 815045 |
| | 01/14/2019 | $36.39 | 816974 | | 02/11/2019 | $36.39 | 818871 |

**Chapter 13 Case # 17-12053**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 03/18/2019 | $36.40 | 821501 | | 04/15/2019 | $36.39 | 823531 |
| | 05/20/2019 | $36.39 | 825510 | | 06/17/2019 | $37.05 | 827529 |
| | 07/15/2019 | $37.06 | 829379 | | 08/19/2019 | $37.05 | 831351 |
| | 09/16/2019 | $37.04 | 833369 | | 10/21/2019 | $38.02 | 835395 |
| | 11/18/2019 | $36.59 | 837467 | | 12/16/2019 | $36.57 | 839400 |
| | 01/13/2020 | $36.59 | 841266 | | 02/10/2020 | $36.59 | 843153 |
| | 03/16/2020 | $36.58 | 845063 | | 04/20/2020 | $36.60 | 847012 |
| | 06/15/2020 | $34.73 | 850586 | | 07/20/2020 | $35.69 | 852389 |
| | 08/17/2020 | $35.70 | 854254 | | 09/21/2020 | $35.70 | 856072 |
| | 10/19/2020 | $35.70 | 857950 | | 11/16/2020 | $35.70 | 859744 |
| | 12/21/2020 | $35.70 | 861571 | | 01/11/2021 | $35.70 | 863345 |
| | 02/22/2021 | $35.70 | 865043 | | 03/15/2021 | $35.70 | 866879 |
| | 04/19/2021 | $35.69 | 868575 | | 04/19/2021 | ($35.69) | 868575 |
| | 04/19/2021 | $35.69 | 869689 | | 05/17/2021 | $35.70 | 870472 |
| | 06/21/2021 | $36.28 | 872283 | | 07/19/2021 | $36.28 | 874075 |
| | 08/16/2021 | $36.28 | 875757 | | 09/20/2021 | $36.27 | 877500 |
| | 10/18/2021 | $36.28 | 879271 | | 11/17/2021 | $36.66 | 880981 |
| | 12/13/2021 | $36.67 | 882612 | | 01/10/2022 | $36.66 | 884266 |
| MIDFIRST BANK | | | | | | | |
| | 11/20/2017 | $163.74 | 791184 | | 12/18/2017 | $188.59 | 793106 |
| | 01/22/2018 | $188.59 | 794932 | | 02/20/2018 | $188.60 | 796843 |
| | 03/19/2018 | $210.28 | 798682 | | 04/16/2018 | $209.34 | 800532 |
| | 05/14/2018 | $210.45 | 802446 | | 06/18/2018 | $188.16 | 804376 |
| MIDLAND FUNDING LLC | | | | | | | |
| | 06/18/2018 | $5.00 | 803401 | | 07/16/2018 | $47.21 | 805421 |
| | 08/20/2018 | $47.21 | 807276 | | 09/17/2018 | $48.39 | 809268 |
| | 10/22/2018 | $48.41 | 811151 | | 11/19/2018 | $47.06 | 813119 |
| | 12/17/2018 | $47.06 | 815000 | | 01/14/2019 | $47.06 | 816928 |
| | 02/11/2019 | $47.06 | 818830 | | 03/18/2019 | $47.05 | 820752 |
| | 04/15/2019 | $47.05 | 822800 | | 05/20/2019 | $47.06 | 824771 |
| | 06/17/2019 | $47.90 | 826837 | | 07/15/2019 | $47.91 | 828704 |
| | 08/19/2019 | $47.91 | 830572 | | 09/16/2019 | $47.91 | 832660 |
| | 10/21/2019 | $49.14 | 834616 | | 11/18/2019 | $47.31 | 836739 |
| | 12/16/2019 | $47.31 | 838677 | | 01/13/2020 | $47.31 | 840562 |
| | 02/10/2020 | $47.30 | 842441 | | 03/16/2020 | $47.31 | 844311 |
| | 04/20/2020 | $47.31 | 846258 | | 06/15/2020 | $44.91 | 849921 |
| | 07/20/2020 | $46.16 | 851666 | | 08/17/2020 | $46.16 | 853557 |
| | 09/21/2020 | $46.16 | 855326 | | 10/19/2020 | $46.16 | 857243 |
| | 11/16/2020 | $46.15 | 859053 | | 12/21/2020 | $46.16 | 860810 |
| | 01/11/2021 | $46.16 | 862722 | | 02/22/2021 | $46.16 | 864238 |
| | 03/15/2021 | $46.16 | 866230 | | 04/19/2021 | $46.16 | 867782 |
| | 05/17/2021 | $46.16 | 869746 | | 06/21/2021 | $46.91 | 871504 |
| | 07/19/2021 | $46.91 | 873369 | | 08/16/2021 | $46.91 | 875058 |
| | 09/20/2021 | $46.90 | 876778 | | 10/18/2021 | $46.91 | 878578 |
| | 11/17/2021 | $47.41 | 880287 | | 12/13/2021 | $47.40 | 881947 |
| | 01/10/2022 | $47.42 | 883590 | | | | |
| ORION PORTFOLIO SERVICING LLC | | | | | | | |
| | 10/22/2018 | $6.24 | 811394 | | 02/11/2019 | $5.98 | 819040 |
| | 06/17/2019 | $6.00 | 827030 | | 10/21/2019 | $6.13 | 834811 |
| | 02/10/2020 | $6.01 | 842607 | | 07/20/2020 | $5.91 | 851828 |
| | 11/16/2020 | $5.86 | 859192 | | 03/15/2021 | $5.87 | 866354 |
| | 07/19/2021 | $5.91 | 873489 | | 11/17/2021 | $5.98 | 880393 |
| | 01/10/2022 | $3.01 | 883687 | | | | |

**Chapter 13 Case # 17-12053**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 06/18/2018 | $6.70 | 8000573 | 06/18/2018 | $9.34 | 8000573 |
| | 07/16/2018 | $88.14 | 8000615 | 07/16/2018 | $63.22 | 8000615 |
| | 08/20/2018 | $63.22 | 8000651 | 08/20/2018 | $88.14 | 8000651 |
| | 09/17/2018 | $90.37 | 8000689 | 09/17/2018 | $64.80 | 8000689 |
| | 10/22/2018 | $64.83 | 8000727 | 10/22/2018 | $90.37 | 8000727 |
| | 11/19/2018 | $87.87 | 0 | 11/19/2018 | $63.01 | 0 |
| | 12/17/2018 | $63.02 | 0 | 12/17/2018 | $87.86 | 0 |
| | 01/14/2019 | $87.86 | 0 | 01/14/2019 | $63.02 | 0 |
| | 02/11/2019 | $63.02 | 8000887 | 02/11/2019 | $87.86 | 8000887 |
| | 03/18/2019 | $87.86 | 8000934 | 03/18/2019 | $63.02 | 8000934 |
| | 04/15/2019 | $63.00 | 8000980 | 04/15/2019 | $87.87 | 8000980 |
| | 05/20/2019 | $87.86 | 8001023 | 05/20/2019 | $63.02 | 8001023 |
| | 06/17/2019 | $64.15 | 8001069 | 06/17/2019 | $89.44 | 8001069 |
| | 07/15/2019 | $89.44 | 8001114 | 07/15/2019 | $64.17 | 8001114 |
| | 08/19/2019 | $64.15 | 8001156 | 08/19/2019 | $89.44 | 8001156 |
| | 09/16/2019 | $89.46 | 8001195 | 09/16/2019 | $64.14 | 8001195 |
| | 10/21/2019 | $65.84 | 8001239 | 10/21/2019 | $91.75 | 8001239 |
| | 11/18/2019 | $88.33 | 8001282 | 11/18/2019 | $63.35 | 8001282 |
| | 12/16/2019 | $63.35 | 8001325 | 12/16/2019 | $88.34 | 8001325 |
| | 01/13/2020 | $88.32 | 8001363 | 01/13/2020 | $63.35 | 8001363 |
| | 02/10/2020 | $63.34 | 8001405 | 02/10/2020 | $88.34 | 8001405 |
| | 03/16/2020 | $88.32 | 8001443 | 03/16/2020 | $63.37 | 8001443 |
| | 04/20/2020 | $63.35 | 8001482 | 04/20/2020 | $88.32 | 8001482 |
| | 06/15/2020 | $83.85 | 8001591 | 06/15/2020 | $60.14 | 8001591 |
| | 07/20/2020 | $61.80 | 8001651 | 07/20/2020 | $86.19 | 8001651 |
| | 08/17/2020 | $86.19 | 8001715 | 08/17/2020 | $61.82 | 8001715 |
| | 09/21/2020 | $61.81 | 8001772 | 09/21/2020 | $86.18 | 8001772 |
| | 10/19/2020 | $86.19 | 8001836 | 10/19/2020 | $61.82 | 8001836 |
| | 11/16/2020 | $61.82 | 8001892 | 11/16/2020 | $86.18 | 8001892 |
| | 12/21/2020 | $86.18 | 8001947 | 12/21/2020 | $61.81 | 8001947 |
| | 01/11/2021 | $61.82 | 8002011 | 01/11/2021 | $86.19 | 8002011 |
| | 02/22/2021 | $86.19 | 8002065 | 02/22/2021 | $61.80 | 8002065 |
| | 03/15/2021 | $61.83 | 8002123 | 03/15/2021 | $86.18 | 8002123 |
| | 04/19/2021 | $86.18 | 8002171 | 04/19/2021 | $61.81 | 8002171 |
| | 05/17/2021 | $61.81 | 8002234 | 05/17/2021 | $86.18 | 8002234 |
| | 06/21/2021 | $87.58 | 8002277 | 06/21/2021 | $62.82 | 8002277 |
| | 07/19/2021 | $62.82 | 8002330 | 07/19/2021 | $87.58 | 8002330 |
| | 08/16/2021 | $87.59 | 8002383 | 08/16/2021 | $62.81 | 8002383 |
| | 09/20/2021 | $62.81 | 8002432 | 09/20/2021 | $87.59 | 8002432 |
| | 10/18/2021 | $87.58 | 8002481 | 10/18/2021 | $62.82 | 8002481 |
| | 11/17/2021 | $63.49 | 8002529 | 11/17/2021 | $88.51 | 8002529 |
| | 12/13/2021 | $88.51 | 8002581 | 12/13/2021 | $63.48 | 8002581 |
| | 01/10/2022 | $63.49 | 8002633 | 01/10/2022 | $88.52 | 8002633 |
| WELLS FARGO BANK NA | | | | | | |
| | 11/20/2017 | $163.06 | 792009 | 12/18/2017 | $187.81 | 793864 |
| | 01/22/2018 | $187.81 | 795733 | 02/20/2018 | $187.80 | 797555 |
| | 03/19/2018 | $209.41 | 799414 | 04/16/2018 | $208.46 | 801290 |
| | 05/14/2018 | $209.57 | 803178 | 06/18/2018 | $187.37 | 805162 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 11, 2022.

Receipts: $25,270.00   -   Paid to Claims: $20,703.08   -   Admin Costs Paid: $4,145.12   =   Funds on Hand: $421.80

Unpaid Balance to Claims: $334.07   +   Unpaid Trustee Comp: $17.58   =   Total Unpaid Balance: **($70.15)

**Chapter 13 Case # 17-12053**

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.