UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Gloria D. Smith

| | |
|---|---|
| Case No.: | 17-12053 |
| Chapter: | 13 |
| Judge: | RG |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Gloria D. Smith _____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: January 25, 2022

_____
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**

- **A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.**

rev.6/16/17